**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.   15-cv-00908-LTB-CBS

NICOLE ADAMS,

       Plaintiff,

v.

WELLS FARGO BANK, N.A.,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss the Action With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (Doc 32 -filed February 10, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

      s/Lewis T. Babcock_____
      Lewis T. Babcock, Judge

DATED:   February 11, 2016